FILED
MAY 11 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-1430-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL APPLICATION AND |
| | ) | AFFIDAVIT FOR SEARCH WARRANT |
| ERICKA ANDREA MONIQUE JOHNSON | ) | (UNDER SEAL) |
| | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-captioned matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a filed copy of the same be provided to the Office of the United States Attorney and the U.S. Treasury Office of the Inspector General.

Dated: May 11, 2016

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge